UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
:
:
-----------------------------------------------------------------X
SALVADOR MEDRANO (AND WIFE,            :   07-CV-04492-AKH
TRINIDAD MEDRANO),                     :
:
                    Plaintiffs,     :   **APPEARANCE**
:
  - against -                         :   **ELECTRONICALLY FILED**
:
100 CHURCH, LLC, *et al.*,             :
:
                    Defendants.     :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       January 18, 2008

                          By:    /s/ Judith R. Cohen
                                _____
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorney for Defendant*
                                MERRILL LYNCH & CO., INC.

DOCSNY-287465