KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER             21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
SALVADOR MEDRANO and TRINIDAD
MEDRANO,
                                                                              DOCKET NO:
                         Plaintiffs,                                    07 CV 4492

      -against-

100 CHURCH, LLC, 55 WATER STREET                          NOTICE OF
CONDOMINIUM, AMBIENT GROUP, INC.,                         APPEARANCE
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP TOWER
C CO., LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT CLEANING
CO., INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL
PAPER, INC., MCCLIER CORPORATION,
MERRILL LYNCH & CO., INC., NEW WATER
STREET CORP., ONE WALL STREET HOLDINGS,
LLC., ROYAL AND SUNALLIANCE INSURANCE

GROUP, PLC., THE BANK OF NEW YORK
COMPANY, INC., TRAMMELL CROW
COMPANY, TRAMMELL CROW
COMPANY, TRAMELLE CROW CORPORATE
SERVICES, INC., TRC ENGINEERS, INC.,
TUCKER ANTHONY, INC., WFP RETAIL CO.,
G.P., CORP., WFP RETAIL CO., L.P., WFP
TOWER A CO., WFP TOWE A CO., G.P.,
CORP., WFP TOWER A CO., L.P., and ZAR
REALTY MANAGEMENT CORP.,

                                        **Defendants.**

-------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                  **CUNNINGHAM DUCT WORK s/h/i/a**
                  **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
        February 1, 2008

                                              Kevin G. Horbatiuk
                                              Kevin G. Horbatiuk (KGH4977)
                                              Attorneys for Defendant
                                              **CUNNINGHAM DUCT WORK s/h/i/a**
                                              **CUNNINGHAM DUCT CLEANING CO., INC.**
                                              RUSSO, KEANE & TONER, LLP
                                              26 Broadway-28th Floor
                                              New York, New York 10004
                                              (212) 482-0001
                                              RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **SALVADOR MEDRANO and TRINIDAD MEDRANO**
         115 Broadway - 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SALVADOR MEDRANO and TRINIDAD MEDRANO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
_____
**KEVIN G. HORBATIUK**