KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**        21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------------x
**SALVADOR MEDRANO and TRINIDAD**
**MEDRANO,**

                                                        **DOCKET NO:**
                             **Plaintiffs,**            07 CV 4492

       -against-

**100 CHURCH, LLC, 55 WATER STREET**            NOTICE OF
**CONDOMINIUM, AMBIENT GROUP, INC.,**           ADOPTION OF
**AMERICAN EXPRESS BANK, LTD., AMERICAN**       ANSWER TO
**EXPRESS COMPANY, AMERICAN EXPRESS**           MASTER COMPLAINT
**TRAVEL RELATED SERVICES COMPANY, INC.,**
**BATTERY PARK CITY AUTHORITY, BFP TOWER**
**C CO., LLC., BFP TOWER C MM LLC.,**
**BLACKMON-MOORING STEAMATIC CATASTOPHE,**
**INC., d/b/a BMS CAT, BROOKFIELD FINANCIAL**
**PROPERTIES, INC., BROOKFIELD FINANCIAL**
**PROPERTIES, L.P., BROOKFIELD PROPERTIES**
**CORPORATION, BROOKFIELD PROPERTIES**
**HOLDINGS, INC., CUNNINGHAM DUCT CLEANING**
**CO., INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,**
**INDOOR AIR PROFESSIONALS, INC.,**
**INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,**
**LAW ENGINEERING, P.C., LEHMAN**
**BROTHERS, INC., LEHMAN COMMERCIAL**
**PAPER, INC., MCCLIER CORPORATION,**
**MERRILL LYNCH & CO., INC., NEW WATER**
**STREET CORP., ONE WALL STREET HOLDINGS,**
**LLC., ROYAL AND SUNALLIANCE INSURANCE**

GROUP, PLC., THE BANK OF NEW YORK
COMPANY, INC., TRAMMELL CROW
COMPANY, TRAMMELL CROW
COMPANY, TRAMELLE CROW CORPORATE
SERVICES, INC., TRC ENGINEERS, INC.,
TUCKER ANTHONY, INC., WFP RETAIL CO.,
G.P., CORP., WFP RETAIL CO., L.P., WFP
TOWER A CO., WFP TOWE A CO., G.P.,
CORP., WFP TOWER A CO., L.P., and ZAR
REALTY MANAGEMENT CORP.,

**Defendants.**

-----------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a

CUNNINGHAM DUCT CLEANING CO., INC.("CUNNINGHAM"), by its attorneys, RUSSO,

KEANE & TONER, LLP,  as and for its Response to the allegations set forth in the Complaint by

Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced

action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC

102(AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM  demands judgment dismissing the above

captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated:  New York, New York
    February 1, 2008     Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO.,**
                **INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway-28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiffs
       **SALVADOR MEDRANO and TRINIDAD MEDRANO**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SALVADOR MEDRANO and TRINIDAD MEDRANO**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**